**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Matthew DOSSEY, Defendant–**
**Appellant.**

No. 09–12787

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 8, 2009.

Matthew Dossey, Chipley, FL, pro se.

Randall J. Hensel, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Randolph Murrell and Chet Kaufman, appointed counsel for Matthew Dossey, have filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent examination of the record reveals no arguable issues of merit, the motion to withdraw is **GRANTED,** and Dossey's conviction and sentence are

**AFFIRMED.**